IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAIVER EDUARDO CUAURO,

     Petitioner,

v.                                                              No. 1:26-cv-1217-KG-LF

FNU LNU, Warden of Detention Facility,

     Respondent.

ORDER OF DISMISSAL

THIS MATTER is before the Court on *pro se* Petitioner Jaiver Eduardo Cuauro's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) ("Petition") and Motion to Reopen Removal Proceedings (Doc. 2), both filed April 17, 2026.   Petitioner challenges his immigration custody at the Cibola County Correctional Center in Milan, New Mexico, and seeks immediate release from custody or an individualized bond hearing.   (Doc. 1).   On April 9, 2026, Petitioner filed a document that was opened as Case No. 2:26cv1110 MLG/KK.   The presiding judge in Case No. 2:26cv1110 MLG/KK ordered Petitioner to file an amended petition and provide information about his detention and immigration status.   *See* (Doc. 3), filed in Case No. 2:26cv1110 MLG/KK.   The Clerk's Office filed Petitioner's Petition as a new case instead of as an amended petition in his open case.   Accordingly, the Court will close this duplicate proceeding and direct the Clerk's Office to file the Petition (Doc. 1) as an Amended Petition in Case No. 2:26cv1110 MLG/KK.   The Clerk's Office shall also term Petitioner's Motion to Reopen Removal Proceedings (Doc. 2), which is already pending in Case No. 2:26cv1110

MLG/KK.   Petitioner is instructed to include the original case number (26cv1110 MLG/KK) on all filings relating to his pending Section 2241 proceeding.

IT IS THEREFORE ORDERED that:

1.  This case is DISMISSED without prejudice as a duplicate Section 2241 proceeding;

2.  The Court will enter a separate judgment closing this civil habeas case;

3.  The Clerk's Office is directed to file the Petition (Doc. 1) as an Amended Petition in Case No. 2:26cv1110 MLG/KK; and

4.  The Clerk's office is further directed to term Petitioner's Motion to Reopen Removal Proceedings (Doc. 2).

/s/Kenneth J. Gonzales

CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2